UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,                :

              Plaintiff,    :

     - against -                       :     07 Civ. 11478 (SHS)
                                                   ECF Case
NEELAM AWAN AND MALIK AWAN BOTH         :
D/B/A GOFORGOODDEALS,
JOHN DOE NOS. 1-5 AND JANE              :
DOE NOS. 1-5,
                                            :

              Defendants.
                                              :
- - - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, by its undersigned counsel, and defendants Neelam Awan and Malik Awan, that the time for defendants to move, answer, or otherwise respond to plaintiff's complaint is extended to and including February 15, 2008.

Dated:   January 16, 2008

                                        DUNNEGAN LLC

                                        By /s/ William Dunnegan
                                           William Dunnegan (WD9316)
                                        Attorneys for Plaintiff
                                          John Wiley & Sons, Inc.
                                        350 Fifth Avenue
                                        New York, New York 10118
                                        (212) 332-8300

_M. Arshad_
Malik Awan
Defendant
735 Trotter Street, Unit D
Thomasville, NC 27360

_[signature]_
Neelam Awan
Defendant
735 Trotter Street, Unit D
Thomasville, NC 27360

SO ORDERED:

_____
       U.S.D.J.