AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

JOHN WILEY & SONS, INC.
        Plaintiff,

V.

NEELAM AWAN AND MALIK AWAN BOTH
D/B/A GOFORGOODDEALS, JOHN DOES NOS.
1-5, AND JANE DOES NOS. 1-5
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NO. 07 CV 11478

**JUDGE STEIN**

TO: (Name and address of defendant)

    Neelam Awan and Malik Awan both d/b/a goforgooddeals
    735 Trotter Street, Unit D
    Thomasville, North Carolina 27360-5479

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    William Dunnegan
    Dunnegan LLC
    350 Fifth Avenue
    New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 21 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12-27-07  7:15pm |
| NAME OF SERVER (PRINT)  Phil Baker | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 735 Trotter St. Unit D. Thomasville NC 27360

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-27-07
Date

Phil Baker
Signature of Server

P.O. Box 6766 High Point NC 27262
Address of Server

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.