```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN WILEY & SONS, INC.,                 :     07 Civ. 11478 (SHS)

                Plaintiff,          :

      -against-                           :     ORDER

NEELAM AWAN, *ET AL.*,                    :

                Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel plaintiff appearing and no appearance on behalf of defendants,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for February 29, 2008, at 10:00 a.m.; and

    2.    Defendants or their counsel are directed to appear in person or they may telephone the Court by calling 212-805-0087 on that date and time.

Dated: New York, New York
       February 8, 2008

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.