```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOHN WILEY & SONS, INC.,              :     07 Civ. 11478 (SHS)

                Plaintiff,        :

    -against-                          :     ORDER OF DISMISSAL

NEELAM AWAN, *ET AL.*,                 :

                Defendants.      :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The plaintiff's attorney having notified this Court that this case has been settled,

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action if the terms of the settlement are not effectuated within that time.

Dated: New York, New York
       February 29, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.